**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Cr. No.  24-cr-10056-STA** |
| ) | |
| **JONATHAN RAY FORREST,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER DENYING DEFENSE COUNSEL'S MOTION TO WITHDRAW**

On March 5, 2026, Charles S. Kelly, Sr., and Melinda Meador, counsel for Defendant, filed a "notice of withdrawal." (ECF No. 68.) The Court will construe this as a motion to withdraw. As noted in the motion, judgment was entered in this matter on February 17, 2026. (ECF No. 66.) Defendant filed a notice of appeal on March 2, 2026. (ECF No. 67.) Thereafter, defense counsel filed their motion to withdraw.

When a notice of appeal is filed, authority transfers from the district court to the court of appeals. *See United States v. Carman*, 933 F.3d 614, 617 (6th Cir. 2019) (quoting *Manrique v. United States*, 137 S. Ct. 1266, 1271 (2017)). This includes withdrawal, substitution, or appointment of counsel during the appeal of a case. Sixth Circuit Rule 12(c)(1) provides that "trial counsel in criminal cases must continue representation of the defendant on appeal unless relieved by the court." Thus, because a notice of appeal was filed, this Court does not have authority to rule on a motion to withdraw as counsel even if counsel was retained. Any such relief must be sought from the Sixth Circuit Court of Appeals.

Accordingly, the motion to withdraw is **DENIED**.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

March 16, 2026